**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 3 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH WADE BURRESS and
PRISCILLA BURRESS                                    **PLAINTIFFS**

VS.                              **Case No. 1:01CV00072SMR**

UNION PACIIC RAILROAD
COMPANY, MISSOURI &
NORTHERN ARKANSAS RAILROAD
COMPANY, INC., MISSOURI
PACIFIC RAILROAD COMPANY,
JOHN DOE I, ET AL.                                   **DEFENDANTS**

MISSOURI & NORTHERN
ARKANSAS RAILROAD COMPANY,
INC.                                      **THIRD-PARTY PLAINTIFF**

VS.

CONAGRA POULTRY COMPANY          **THIRD-PARTY DEFENDANT**

## PLAINTIFFS' PRETRIAL DISCLOSURE SHEET

COMES NOW, Plaintiffs' and here by files Plaintiffs' Pretrial Disclosure Sheet,

wherein they state the following:

1. The identity of the party submitting information:

    Plaintiffs, Kenneth Wade Burress and Priscilla Burress

2. The names, address and telephone numbers of all counsel for the party

    a. Gene Ludwig, Attorney for Plaintiffs, Ludwig Law Firm, 8501 Pinnacle
       Valley Rd.  Little Rock, AR 72223  (501) 868-7500

    b. David Hodges, Attorney for Plaintiffs, Hodges Law Firm, 212 Center
       Street Little Rock, AR 72201  (501) 374-2400

    c. Robert L. Pottroff, Attorney for Plaintiffs, Myers, Pottroff & Ball, 320
       Sunset Avenue, Manhattan, KS  66502  (785) 539-4656

    d. Jay Heidrick, Attorney for Plaintiffs, Myers, Pottroff & Ball, 320 Sunset
       Avenue, Manhattan, KS  66502  (785) 539-4656

3. A brief summary of the claims and relief sought

    a. This is a negligence action

    b. That the defendant railroads failed to maintain the track as required by federal law and the Industry Track Agreement.

    c. That the defendant railroads allowed unqualified persons to conduct switching operations on their track in violation of the Industry Track Agreement and federal law.

    d. That the couplers and knuckles on the MKT 4528 and/or the UP 83082 car were defective or failed to function as designed. During litigation, the defective knuckle on the MKT 4528 was destroyed by defendant UPRR.

    e. Plaintiffs are seeking monetary damages for economic losses as outlined in the report of Dr. Ralph Scott, the economic loss of value of services provided by Priscilla Burress or the replacement costs for those services, all non-economic losses allowable under Arkansas law, and punitive damages.

4. Prospects for Settlement

    a. There is very little chance this matter will settle before its current trial setting of May 19, 2003. However, plaintiffs have proposed submitting the case to mediation.

5. The basis for jurisdiction and objections to jurisdiction

    a. Over plaintiffs' objection and pursuant to the Court's Order of October 18, 2001 (Docket Entry # 10), this Court has jurisdiction on the basis of the federal question as to whether the Federal Safety Appliance Act provides an independent cause of action to plaintiff.

6. A list of pending motions

    a. The following motions are pending:

        i. *Docket No. 24* Motion by Defendant Missouri & Northern Arkansas Railroad Company (MNAR) for Summary Judgment on Third Party Complaint against ConAgra Poultry Company (ConAgra)

        ii. *Docket No. 31* Motion by Defendant Union Pacific Railroad (UPRR) for Summary Judgment on its Cross-Claim against MNAR.

iii. *Docket No. 34* Motion by Defendant UPRR for Summary Judgment on its Cross-Claim against ConAgra.

iv. *Docket No. 90* Motion by Plaintiffs for Clarification and Reconsideration of the Court's Order of Precluding Plaintiffs' Experts from Testifying.

v. *Docket No. 92* Motion by Plaintiffs for Ex-Parte Contact with Former Employees of Defendants UPRR and MNAR.

vi. *Docket No. 93* Motion by Plaintiffs to Compel Document and Other Items from Defendant UPRR.

vii. *Docket No. 98* Motion by Plaintiffs for Reconsideration of Order Granting a Protective Order.

viii. *Docket No. 108* Motion by Plaintiffs for Sanctions Against Defendants UPRR and MNAR

ix. *Docket No. 115* Motion by UPRR, inclusive of Missouri Pacific for Summary judgment

x. *Docket No. 121* Motion by MNAR for Summary Judgment

xi. *Docket No. "Unknown"* Motion by Plaintiffs to Compel File of UPRR Corporate Designee, Bilbay

xii. *Docket No. "Unknown"* Motion by ConAgra for Continuance

xiii. *Docket No. "Unknown"* Plaintiffs' Motion to Amend Complaint for Punitive Damages

7. A concise summary of the facts:

Kenny Burress was employed with ConAgra on May 1, 1998 when he was asked by Daniel Tinkle to assist him in moving two empty hopper cars along the tracks adjacent to the ConAgra facility. Mr. Tinkle operated the ConAgra switch engine pushing the UP 83082 car and the MKT 4528 car along the tracks. When Mr. Tinkle stopped the switch engine, the MKT 4528 car continued to roll as it had become uncoupled during the move or had failed to couple as designed. The rolling MKT 4528 ran over Kenny Burress

causing him significant injury including multiple traumas, broken bones, severe blood loss, mild anoxia and eventual amputation of his leg.

The tracks where this accident occurred are owned by UPRR and leased to MNAR. Under federal law and the in Industry Track Agreement, the railroads (UPRR, MNAR, or both) are responsible for maintenance on the track. The track where this accident occurred was in poor condition in violation of federal law and the Industry Track Agreement. In violation of federal law, the Industry Track Agreement, and the General Code of Operating Rules, the railroads (UPRR, MNAR or both) knowingly permitted unqualified persons to operate locomotives and trains over the railroads' track. Neither railroad took any measure to ensure that the ConAgra employees had the proper safety training and certifications to operate locomotives and trains over the railroads' track.

After the accident, MNAR removed the hopper cars from the tracks and the ConAgra facility. It is undetermined whether MNAR conducted an inspection of the cars as required by federal law and the General Code of Operating Rules, and MNAR has not identified any person who can verify that the inspection did indeed occur. No reports of the accident were filed with federal authorities or railroad authorities despite the requirements of federal law and the General Code of Operating Rules. One year after litigation had commenced, UPRR removed the defective knuckle off of the MKT car that ran over Kenny Burress. This evidence was destroyed during the pendency of the lawsuit, before it could be examined by any qualified expert.

Defendant UPRR failed to produce a lease agreement between UPRR and ConAgra that was signed shortly after Kenny Burress' accident and clearly shows UPRR ownership of the track where Kenny Burress was injured. Both Defendant UPRR and

Defendant MNAR have previously taken the position that the accident occurred on track owned by ConAgra. Track ownership is crucial, in that it establishes the duty of MNAR, UPRR or both to maintain the track pursuant to federal regulations. Now that track ownership is finally established both railroads are trying to obscure the fact that they have an absolute duty to maintain the tracks and have intentionally and willfully ignored that duty knowing that it created a risk of serious injury or death to ConAgra employees, including Kenny Burress.

8. All proposed stipulations

    a. That the following are genuine, authentic, and admissible:

        i. all medical records of Kenny Burress;

        ii. the USDA aerial photograph of the scene;

        iii. the medical bills of Kenny Burress.

        iv. That medical bills incurred by Kenny Burress were reasonable and necessary, and that all were proximately caused by the accident of 8/1/98.

        v. That Kenny Burress' "Medical Expense Summary" attached to his actual bills, constitutes a summary under Rule 1006, and is admissible.

        vi. All photographs or videos of Kenny Burress before and after the wreck are admissible.

        vii. This court has jurisdiction over the parties and the subject matter.

    viii. All witnesses endorsed by the parties hereto and any exhibit listed by any of the parties hereto, may be used by the other party without further endorsement or listing.

    ix. Legible copies of original documents may be offered and admitted into evidence without further objection on the ground of best evidence rule.

    x. Reproductions, including enlargements, projected images and overlays of documents listed as exhibits hereto may be used in this litigation so long as any reproduction or overlay thereof does not otherwise distort the document.

    xi. That parties and all witnesses may use diagrams, charts, video recordings and photographs, to include enlargements, to facilitate presentation of testimony and evidence.

    xii. Blackboards, white boards, sketch pads or other similar writing devices, may be used to further facilitate the presentation of evidence and testimony.

    xiii. All persons who are contingently necessary persons for purpose of this litigation have been joined as parties hereto.

    xiv. Foundation for all exhibits exchanged in discovery.

    xv. Written discovery responses signed by counsel for the railroad is binding on the railroad.

9. Issues of fact expected to be contested

    a. How the MKT 4528 car became separated from the UP 83082 car.

10. Issues of law expected to be contested

    a.   The application of federal regulations to the track in question

    b.   The application of the General Code of Operating Rules to the track in question and Kenny Burress

    c.   UPRR and MNAR's duty to train ConAgra employees

    d.   Whether or not a federal question exists in this matter

11. Exhibit List

    a.   Please see attached Plaintiffs' Pre-trial Exhibit List

12. Witness List

    a.   Please see attached Plaintiffs Pre-trial Witness List

13. The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.

    a.   Plaintiffs have outstanding discovery issues that are included in the following documents and pleadings:

        i.   The Notice of Depositions to MNA and UPRR

        ii.   The Motion for Sanctions against MNA and UPRR

        iii.   Two Motions to Compel against UPRR

    b.   Plaintiffs have been willing to complete to remaining discovery at any time, at any location, on any date named by the defendants; but defendant railroads have totally refused to cooperate with any further discovery.

14. The estimate length of trial is two weeks.  In an effort to expedite the disposition of this action, the court should require the parties to stipulate to foundation of exhibits unless good cause exists to contest foundation.

Respectfully submitted,


Gene A. Ludwig, Ark. Bar No. 82096
Ludwig Law Firm, PLC
8501 Pinnacle Valley Road
Little Rock, Arkansas 72223
(501) 868-7500


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was delivered to the following individuals, by facsimile and first-class mail, postage prepaid, on this 23rd day of April 2003:

David Hodges
212 Center Street
Little Rock, AR 72201
*Attorney for Plaintiffs*

Phillip Raley
Ramsey, Bridgforth, Harrelson &
Starling, L.L.P.
11th Floor, Simmons First National Bldg.
P.O. Box Drawer 8509
Pine Bluff, AR 71611
*Attorney for Defendant UPRR*

Robert L. Pottroff
320 Sunset Avenue
Manhattan, KS 66502
*Attorney for Plaintiffs*

David Littleton
Anderson, Murphy & Hopkins, L.L.P.
400 W. Capitol Ave., Suite 2470
Little Rock, AR 72201
*Attorney for Defendant MNAR*

Bill Walmsley
Walmsley Law Firm
560 Water Street
P.O. Box 2535
Batesville, AR 72503
*Attorney for 3rd Party Defendant ConAgra*


Gene Ludwig

## PLAINTIFFS' PRE-TRIAL EXHIBIT LIST

1.  Diagram of accident scene by Mike Gooch

2.  Measurements taken by Mike Gooch

3.  Photographs of track by Mike Gooch

4.  Alan Blackwell report and accompanying exhibits

5.  UPRR and MNA Maintenance of Way Rules

6.  UPRR and MNA Safety Rules

7.  UPRR and MNA General Code of Operating Rules

8.  UPRR and MNA Timetables for the Batesville

9.  FRA Track Enforcement Manual

10. UPRR Track Inspection Training Participant Guide

11. UP Engineering Track Maintenance Manual

12. The American Railway Engineering & Maintenance of Way (AREMA) track safety standards workshop participant guide

13. AREMA standards on track construction

14. Union Pacific Chief Engineer Instruction Bulletins on Track Buckling and On-Track Inspection Requirements

15. Union Pacific Engineering Standards on Roadbed Sections for Track Construction

16. Union Pacific 1996 Chief Engineer's Bulletin

17. Union Pacific Claims Resource Guide

18. UP Manual: "Accident Investigation Guidelines"

19. "INITIAL INVESTIGATION" page - discussed in sanctions hearing testimony of Ron Glover in Privett v. UPRR

20. Union Pacific Railroad Company Vegetation Control Program

21. Manual for Railway Engineering -1990, American Railway Engineering Association

22. Photographs of track taken by Alan Blackwell labeled 5-1 through 5-25

23. Photographs of track taken by Alan Blackwell and labeled 8-1 through 8-25

24. Car repair history for the UP 83082 car

25. Car repair history for the MKT 4528 car

26. "Updated" car repair history for the UP 83082 car

27. "Updated" car repair history for the MKT 4528 car

28. 4/25/90 Industry Track Agreement between the Missouri Pacific Railroad and ConAgra

29. 9/17/96 Supplemental Agreement between Missouri & Northern Arkansas Railroad and ConAgra

30. Union Pacific Videos (May be used)

    a. E-150-98 "On-Track Safety"

    b. MS-167-00 "Should We Listen?  Careful Car Handling"

    c. OPR-192-00 "Coupling and Uncoupling – A Message from Mike…"

    d. S-351-97 "Safe Switching Procedures"

    e. S-433-00 "Switching Safety:  The 5 Lifesavers"

    f. S-3960-98 "Accident Investigation Guidelines (Special Edit)"

    g. S-447-01 "Proper Handbrake Operation"

    h. S-207-90 "Accident Investigation Guidelines"

    i. T-022-80 "So You Want to Be a Switchman/Brakeman"

    j. T-030-80 "So you Want to Be a Carman"

    k. LC-08-99 "1999 Safety Priorities – Jerry Davis, Vice Chairman…"

    l. E-150-98 "On-Track Safety"

    m. S-059-80 "Switches, Handbrakes and You"

    n. S-131-88 "Drawbar Alignment"

    o. SLC-06-00 "The Human Side of Injury Prevention- Michael Mein"

    p. E-122-95 "Experience and Common Sense"

q.   OPR-185-99 "Making Safe Couple Adjustments – A message from…"

r.   OPR-187-99 "Blind Shoves and Movement into Spur Tracks…"

s.   OPR-189-00 "Slips, Trips & Falls – A Message from Bob Schut…"

t.   RV-29-94 "Rail Views – Safety Reminders – Switches"

u.   S-073-81 "Rules are Written in Blood"

v.   S-454-02 "Safety Basics – Coupling & Uncoupling Hoses"

31. 1999 Lease between Union Pacific and ConAgra and accompanying cover letter from Ron Mayer

32. J. Scott Gunter Photos of ConAgra plant numbered 1-18

33. Expert Report of Charles Culver with attachments

34. ConAgra Frozen Foods Safety Rules for All Employees

35. Car movement history for the MKT 4528 car

36. Car movement history for the UP 83082 car

37. Mechanical Records for the UP 83082 car

38. Mechanical Records for the MKT 4528 car

39. August 3, 1998 Mike Gooch Memo to Terry Barnhill

40. August 1, 1998 Wayne Headrick Briefing Report

41. Independence County Sheriff's Department Accident Report

42. August 2, 1998 statement of Dan Tinkle

43. Mike Gooch photos of accident site numbered 1-5

44. Car Log for ConAgra facility from July 31, 1998 to August 1, 1998

45. Photos of UP 83082 car , MKT 4528 car and track at ConAgra facility numbered 1-24

46. Lifecare plan of Patricia Brown

47. All Medical Records of Kenny Burress

48. All Medical Bills of Kenny Burress

49. All items subject to plaintiffs Motions to Compel currently pending

50. Track lease agreement between Union Pacific Railroad and the Missouri & Northern Arkansas Railroad plus all attachments and supplements

51. Report of Dr. Ralph Scott with all attachments

52. Union Pacific Responses to Plaintiffs' Interrogatories and Requests for Production dated June 10, 2002.

53. Missouri & Northern Arkansas Railroad Company's Responses to Plaintiffs' Interrogatories and Requests for Production dated June 14, 2002.

54. Missouri & Northern Arkansas Railroad Company's Responses to Plaintiffs' Interrogatories dated August 16, 2002.

55. Missouri & Northern Arkansas Railroad Company's Responses to Plaintiffs' Requests for Production dated August 16, 2002.

56. Missouri & Northern Arkansas Railroad Company's Responses to Plaintiffs' Interrogatories dated August 16, 2002.

57. Union Pacific Responses to Plaintiffs Requests for Production dated August 20, 2002.

58. Union Pacific Responses to Plaintiffs' Interrogatories dated August 20, 2002

59. Rule 26(a)(2)(B) report of Randall Morris and accompanying letter to counsel.

60. Entire file of Randall Morris

61. Union Pacific Responses to Plaintiffs' Interrogatories and Requests for Production dated February 27, 2003

62. Missouri & Northern Arkansas Railroad Company's Responses and Objections to Plaintiffs' Interrogatories and Requests for Production dated February 27, 2003.

63. Missouri & Northern Arkansas Railroad Company's Responses and Objections to Plaintiffs' Interrogatories and Requests for Production dated February 27, 2003.

64. FRA Safety Assurance Compliance Program Report for Union Pacific Railroad

65. Union Pacific Response to FRA Safety Assurance Compliance Program Report and Recommendations

66. Photos of UP 83082 car and MKT 4528 car taken by Randall Morris numbered 1-39

67. Union Pacific Engineering Track Maintenance Field Manual

68. Photos of UP 83082 car and MKT 4528 car taken by Vaughn Berry numbered 1-9

69. Measurements and photographs of scene inspection by Vaughn Berry

70. ConAgra Operating Procedures for Switch Engine

71. Aerial photograph of the scene

72. Photos and video of Kenny Burress, before and after the accident

73. Code of Federal Regulations passages governing railroads

74. UPRR Grade Crossing Resource Manual

75. UPRR Special System Instructions

76. All documents produced by Defendant in discovery

77. All documents produced by Plaintiff in discovery

78. All deposition exhibits

79. All documents identified by Defendant as possible exhibits or demonstrative aides

80. All documents filed of record in support of motions and briefs and/or other pleadings in this case

81. All discovery requests (interrogatories, requests for production, and requests for admission), responses, and supplemental responses by UPRR and MNA

82. All correspondence referencing this action

83. Relevant Arkansas Statutes

84. UPRR Annual Reports

85. April 5, 1991 Union Pacific Message from Bob Johnson to K.M. Sanders concerning complaints of track condition at the ConAgra facility.

86. April 2, 1991 Union Pacific message from D.R. Birkes to R.G. Lang concerning complaints of track condition at the ConAgra facility.

87. All exhibits attached to the deposition of Raymond Bilbay

88. All exhibits attached to the deposition of Mark Sorenson

89. All exhibits attached to the deposition of Randall Morris

90. All exhibits attached to the deposition of Dr. Karen Seale

91. All exhibits attached to the deposition of Ron Mayer

92. All exhibits attached to the deposition of Vaughn Berry

93. All exhibits attached to the deposition of Langley Puckett

94. All exhibits attached to the deposition of Terry Barnhill

95. All exhibits attached to the deposition of Todd Cecil

96. All exhibits attached to the deposition of Mike Gooch

97. All exhibits attached to the deposition of Richard Martin

98. All exhibits listed by any other party

## PLAINTIFFS' PRE-TRIAL WITNESS LIST

**Witnesses Likely to be called**:

Terry Barnhill
ConAgra Frozen Foods
1810 South St. Louis Street
Batesville, AR  72501
870/ 793-8700

Paul Beitler
275 Sunset Ridge
Cave City, AR  72521
870/ 283-5647

Vaughn Berry
12335 West 82nd Place
Lenexa, KS  66215-2738
913/ 492-4893

Ronald Bilbay
5918 South 169 Street
Omaha, NE
402/ 271-5000

Alan Blackwell (if permitted by Court)
2601 Lynn Ct.
North Platte, NE 69101
308/ 534-3160

Patricia Brown
48 Plantation Acres Drive
Little Rock, AR 72210-3625
501-455-0950

Chrisitie Burress
35 Burress Lane
Pleasant Plains, AR 72568

Kenneth Burress
35 Burress Lane
Pleasant Plains, AR 72568

Kevin Burress

35 Burress Lane
Pleasant Plains, AR 72568

Priscilla Burress
35 Burress Lane
Pleasant Plains, AR 72568

Royal Burress
1424 North Central Avenue
Batesville, AR 72501
870-793-1177

Todd Cecil
4040 Broadway
San Antonio, TX

Charles Culver  (If permitted by Court)
413 Bayridge Drive
League City, TX 77573
281-334-3226

Rick Davis
303-8 Carpenter Avenue
Mountain View, AR 72560
870-269-6089

Ed Martin
P.O. Box 442
Bay, AR

Tracy Ferguson
632 Bates
Batesville, AR  72501

Mike Gooch
400 Mountain Spring Road
Batesville, AR
870/ 307-0616

John Scott Gunter
1000 West 4th, Room 5
North Little Rock, AR

Mike Harrison
855 Charlotte Road
Sulfur Rock, AR

870/ 793-8760

Wayne Headrick
1810 South St. Louis Street
Batesville, AR 72501
870-793-8700

Dr. Michael Inman
Baptist Health Rehabilitation Institute
9601 Interstate 630
Little Rock, AR 72205
501-202-7000

Bill Jacobs
Union Pacific Railroad Jenks Shop,
North Little Rock, AR

Bob Johnson

Richard Martin
301 East South St
Cave City, AR 72521
870-283-7281

Ron Mayer
8918 Laurie Circle
Omaha, NE

William Robert Melton
1230 Robin Lane
Batesville, AR  72501

Dan Miller
7601 Widmer
Lenexa, KS
913-631-9306

Karen Miller
Rehabititation Management, Inc.
10809 Executive Center Drive,  Suite 105
Little Rock, AR 72211
501-227-5553

Randall Morris
17161 T Street
Omaha, NE

Langley Puckett
200 Lesley Hollow
Batesville, AR 72205
870-698-0965

Johnnie Rabb

Ryan Richardson

Kyle M Sanders
2917 Claire Drive
Newport, AR
72112-4604
870/ 523-2020

Dr. Ralph Scott
6 Richland Hills Cove
Conway, AR  72034
501/ 450-1306

Dr. Karen Seale
White River Medical Center
1710 Harrison
Batesville, AR 72501
870-793-1200

Jim Smith
611 Sidney Road
Sidney, AR 72577
870-266-3358

Dr. Vestal Smith
9501 Lile Drive, Suite 760
Little Rock, AR 72205
501-223-2099

Mark Sorenson
13344 Madison Street,
Omaha, NE  68137
402/ 271-5000

Herb Stuart
Union Pacific Railroad, North Little Rock

Daniel Lynn Tinkle

PO Box 912
Mountain View, AR 72560
870-269-8023

Pete VanTassel

Mike Wood

**Witnesses that may be called**:

Don Able
1416 Dodge Street
Omaha, NE 68179
402-271-5000

Dr. J.D. Allen
501 Virginia Drive, Suite C
Batesville, AR 72501
870-793-1200 or 870-793-1271

Dr. Jeff Angel
501 Virginia Drive, Suite C
Batesville, AR 72501
870-793-1200 or 870-793-2371

Dr. Dennis Ray Beck
White River Medical Center
1710 Harrison
Batesville, AR 72501
870-793-1200

Dr. James F. Beck
White River Diagnostic Clinic
1700 Harrison Street, Suite N
Batesville, AR 72501
870-698-1635

Dale Berry
Hanger Prosthetics & Orthotics, Inc.
10014 W. Markham
Little Rock, AR 72205
         or
820 N. Lilac Drive
Golden Valley, MN 55422
763-521-4126

Virgina Brown
1810 South St. Louis Street
Batesville, AR 72501
870-793-8700

Justin Burge
106 Oriole Street
Batesville, AR 72501
870-793-9578

Charlie Clinton
1810 South St. Louis Street
Batesville, AR 72501
870-793-8700

Danny Ray Crimes
Mountain View, AR

Cord Davidson
Independence City Sheriffs Office
477 E. Main Street
Batesville, AR 72501
870-793-8838

Jim Hanrahan

Don Irvin
25295 Highway 183
Honey Creek, IA 51542
712-545-9304

Dr. John S. Lambert
White River Medical Center
1215 Sidney Street
Batesville, AR 72501
870-793-4445

Steve McClouse
1416 Dodge Street
Omaha, NE 68179
402-271-5000

Billy Meeks
477 E. Main St
Batesville, AR 72501
870-793-8838

Dr. T.R. Moffett
Plastic & Reconstructive Surgery
600 S. McKinley, Ste 310
Little Rock, AR 72205
501-663-4100

Mike Morris
1810 South St. Louis Street
Batesville, AR
870-793-8700
Dr. Earl Peeples
OrthoArkansas, PA
10301 Kanis Road
Little Rock, AR 72205
501-604-6900

Angela Reed
HealthSouth Sports Medicine & Rehabilitation Center
1515 Harrison Street, Suite A
Batesville, AR 72501
870-793-4455

Mark Schulte
1416 Dodge Street
Omaha, NE 68179
402-271-5000

Darvin Simpson
1535 O'Neill Road
Batesville, AR 870-793-6301

KD Smith
ConAgra Frozen Foods
1810 South St. Louis Street
Batesville, AR 72501
870-793-8700

Christal Turner
HealthSouth Sports Medicine & Rehabilitation Center
1515 Harrison Street, Suite A
Batesville, AR 72501
870-793-4455

Dr. James Wellon

Renal Associates
9601 Lile Ave
Little Rock, AR
501-224-2141

Ron Wilder
112 Mockingbird St
Batesville, AR 72501
870-698-1863

Warren Wilson
1416 Dodge Street
Omaha, NE 68179
402-271-5000

Linda Womack
HealthSouth Sports Medicine & Rehabilitation Center
1515 Harrison Street, Suite A
Batesville, AR 72501  870-793-4455

Dan Zack
1416 Dodge Street
Omaha, NE 68179
402-271-5000

D.R. Birkes

R.G. Lange
UPRR
North Little Rock, AR

J.B. Byler

Any witness named by any other party.

## **Designation of Testimony**

Plaintiffs designate the transcripts of the following witnesses should they be available for live testimony:

1. Ronald Bilbay

2. Ron Mayer

3. Dan Miller

4. Mark Sorenson

5. Randall Morris

6. Todd Cecil

7. Richard Martin

8. Dr. Karen Seale