IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| KENNETH WADE BURRESS AND PRISCILLA BURRESS | PLAINTIFFS |
| VS. NO.01:CV00072WRW | |
| UNION PACIFIC RAILROAD COMPANY, MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC. MISSOURI PACIFIC RAILROAD COMPANY, JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV | DEFENDANTS |
| MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC. | THIRD-PARTY PLAINTIFF |
| CONAGRA POULTRY COMPANY | THIRD-PARTY DEFENDANT |

**ORDER**

Pending is a Joint Motion to Stay Proceedings.[1] This case is set for trial on June 11, 2007, the discovery cutoff is March 28, 2007 and the dispositive motion deadline is April 11, 2007.[2] The parties have agreed to submit this dispute to mediation which is scheduled to take place in mid-April 2007. For good cause shown, the motion is GRANTED. An amended scheduling order will be issued after mediation. The parties are directed to tell me when mediation concludes.

IT IS SO ORDERED this 19th of March 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 332.

[2] Doc. No. 315.