UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 2, 2009**

Robert L. Henry, III
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201-3414

Kirkman T. Dougherty
Hardin, Jesson & Terry - Fort Smith
Post Office Box 10127
Fort Smith, AR 72903-0127

  Re: *Burress v. Union Pacific Railroad, et al*, 1:01-CV-00072-WRW
    February 27, 2009 Letter

Dear Counsel:

I have reviewed Mr. Henry's February 27, 2009, letter requesting a telephone conference.

What specific evidentiary issues would you like to discuss? By 4 p.m., this Friday, the parties should submit short letter-briefs in response to this inquiry.

              Cordially,

              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record