IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH WADE BURRESS and** | |
| **PRISCILLA BURRESS** | **PLAINTIFFS** |
| | |
| V.  1:01-CV-00072--WRW | |
| | |
| **UNION PACIFIC RAILROAD** | |
| **COMPANY** | **DEFENDANTS** |
| | |
| **MISSOURI & NORTHERN ARKANSAS** | |
| **RAILROAD COMPANY, INC.** | **THIRD-PARTY PLAINTIFF** |
| | |
| **CONAGRA POULTRY COMPANY** | **THIRD-PARTY DEFENDANT** |

## ORDER

Pending are ConAgra's Motion for Reconsideration (Doc. No. 380), Motion to Substitute Real Party in Interest (Doc. No. 381), and Motion in Limine to Prohibit Expert Testimony of Robert Pottroff (Doc. No. 383).  Union Pacific has responded to each motion.[1]

Each motion is DENIED.

IT IS SO ORDERED this 25th day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 387-389.