IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH WADE BURRESS and** | |
| **PRISCILLA BURRESS** | **PLAINTIFFS** |
| | |
| V.      1:01-CV-00072--WRW | |
| | |
| **UNION PACIFIC RAILROAD** | |
| **COMPANY** | **DEFENDANTS** |
| | |
| **MISSOURI & NORTHERN ARKANSAS** | |
| **RAILROAD COMPANY, INC.** | **THIRD-PARTY PLAINTIFF** |
| | |
| **CONAGRA POULTRY COMPANY** | **THIRD-PARTY DEFENDANT** |

**ORDER**

Based on my March 16, 2009, Letter[1] and March 25, 2009, Order,[2] the Railroads' Motion in Limine to Admit Expert Attorney Testimony and Witness Deposition Testimony (Doc. No. 385) is GRANTED.

IT IS SO ORDERED this 3rd day of April, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 378.

[2] Doc. No. 390.