UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 11, 2009**

Mr. Robert L. Henry , III
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201-3414

Mr. Kirkman T. Dougherty
Hardin, Jesson & Terry - Fort Smith
Post Office Box 10127
Fort Smith, AR 72903-0127

      Re:    *Burress v. Union Pacific Railroad, et al*, 1:01-CV-00072-WRW

Dear Counsel:

In view of the fact that the evidence Mr. Burress's possible fault has been ruled out, I am puzzled by your estimate that it would take six days to try this case.

Of course, I do not know the details of the case as you do, but my curiosity is intensely aroused.

By 5 p.m., on Monday, May 18, 2009, please list the name of each of the witnesses you plan on calling in direct and the amount of time you think it will take to conduct direct examination for each witness.

By 5 p.m., Thursday, May 21, 2009, please list the amount of time you anticipate using in cross-examination of each of the other party's witnesses.

I may set presumptive time limits -- but I may not.

                                                                  Cordially,

                                                                   /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record