## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

### May 11, 2009

Mr. Robert L. Henry , III
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201-3414

Mr. Kirkman T. Dougherty
Hardin, Jesson & Terry - Fort Smith
Post Office Box 10127
Fort Smith, AR 72903-0127

    Re:    *Burress v. Union Pacific Railroad, et al*, 1:01-CV-00072-WRW

Dear Counsel:

I suspect that there may be some argumentation re: the appropriate jury instructions. Accordingly, please submit your jury instructions by noon, Thursday, May 28, 2009, and we will have a telephone conference re: instructions, at 2 p.m., that afternoon.

If there are any other evidentiary issues that can be resolved prior to trial, please notify me forthwith (by the end of the day this Friday) and perhaps we can talk about those after we deal with jury instructions in the telephone conference.

                Cordially,

                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record