IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| KENNETH WADE BURRESS AND PRISCILLA BURRESS | PLAINTIFFS |
| vs.   No. 1:01 cv 72 WRW | |
| UNION PACIFIC RAILROAD COMPANY, MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC., MISSOURI PACIFIC RAILROAD COMPANY, JOHN DOE 1, JOHN DOE II, JOHN DOE III, JOHN DOE IV | DEFENDANTS |
| MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC. | THIRD-PARTY PLAINTIFF |
| CONAGRA POULTRY COMPANY | THIRD-PARTY DEFENDANT |

### CONAGRA POULTRY COMPANY'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE ABOUT PUNITIVE DAMAGES

Comes ConAgra Poultry Company ("ConAgra") by its attorneys, Barber, McCaskill, Jones & Hale, P.A., and for its Motion, respectfully states:

1. It is anticipated UP/MNAR may attempt to call witnesses and offer documents or other evidence related to punitive damages or claims for punitive damages. Such evidence is not relevant to the settlement by UP/MNAR with plaintiffs, is not a part of the settlement, and would be irrelevant evidence that is confusing to the jury and highly prejudicial to ConAgra. The Court should preclude any such evidence from the trial of this case and preclude any witnesses or counsel from making reference to such evidence.

2. In support of this Motion, ConAgra attaches hereto the following exhibits:

(1) The "Mediation Settlement Agreement" dated March 9, 2004 and attached hereto as Exhibit "1";

(2) The "Release and Confidential Settlement Agreement" dated April 9, 2004 and attached hereto as Exhibit "2".

3. A Memorandum Brief in Support is filed simultaneously with this Motion and incorporated herein by reference.

WHEREFORE, ConAgra prays this Court enter its Order prior to trial precluding counsel, UP, MNAR, and all witnesses from mentioning, discussing, referencing, alluding to, or otherwise referring to the evidence set forth above.

Respectfully submitted,

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for ConAgra Poultry Company
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
(501) 372-6175

By _____
Robert L. Henry, III    AR BIN 72054
rhenry@barberlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kirkman T. Dougherty    kdougherty@hardinlaw.com

John Young    jyoung@flynnassoc.com

Aaron A. Clark    aclark@mcgrathnorth.com

Robert L. Henry, III    Bar # 72054
Attorney for ConAgra Poultry Company
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201
(501) 372-6175
E-mail: rhenry@barberlawfirm.com