## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 26, 2009**

Mr. Robert L. Henry, III
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201-3414

Mr. Kirkman T. Dougherty
Hardin, Jesson & Terry - Fort Smith
Post Office Box 10127
Fort Smith, AR 72903-0127

      Re:    *Burress v. Union Pacific Railroad, et al*, 1:01-CV-00072-WRW
             Motions *in Limine*

Dear Counsel:

I have received your spate of motions *in limine* (some appear for all the world to be *Daubert* motions).

Since the trial date is almost upon us, responses to each of these motions must be filed by 11 a.m., this Thursday, May 28, 2009.

It is unlikely that I will have time to consider any additional such motions.

                                            Cordially,

                                            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record