IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| KENNETH WADE BURRESS AND PRISCILLA BURRESS | PLAINTIFFS |
| vs.   No. 1:01 cv 72 WRW | |
| UNION PACIFIC RAILROAD COMPANY, MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC., MISSOURI PACIFIC RAILROAD COMPANY, JOHN DOE 1, JOHN DOE II, JOHN DOE III, JOHN DOE IV | DEFENDANTS |
| MISSOURI & NORTHERN ARKANSAS RAILROAD COMPANY, INC. | THIRD-PARTY PLAINTIFF |
| CONAGRA POULTRY COMPANY | THIRD-PARTY DEFENDANT |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion and stipulation of Union Pacific Railroad Company (UP), Missouri and Northern Arkansas Railroad Company, Inc. (MNAR), and Conagra Poultry Company (Conagra), it is by the Court ORDERED that all claims of UP and MNAR against Conagra, including Third Party Complaints, be, and they hereby are, dismissed with prejudice.

_____
U. S. DISTRICT JUDGE

DATED: 7/7/09